**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOANN LIU, ) | |
| On behalf of Plaintiff and a class ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 21 cv 02957 |
| ) | |
| ARS NATIONAL SERVICES INC., ) | |
| ) | |
| Defendant. ) | |

## CASE STATUS REPORT

As reported by Plaintiff, Joann Liu, by and through her attorneys Edelman, Combs, Latturner & Goodwin, LLC, on July 13, 2021 [Docket No. 14], Plaintiff Liu and Defendant ARS National Services., Inc. ("ARS"), have reached an agreement which will resolve Plaintiff's case against ARS.

As of this filing, Plaintiff and ARS have exchanged several drafts of a proposed agreement and are continuing to work on documenting the settlement. Presently, the Parties anticipate that the settlement agreement will be finalized within 14 days and the Parties will be prepared to dismiss the action, on an individual basis, 14 days thereafter.

Consequently, Plaintiff requests that the Court continue the previously entered stay for an additional 45 days by which the parties anticipate that the matter will be dismissed via stipulation.


Respectfully submitted,

JOANN LIU

By: */s/ Dulijaza Clark*

Daniel A. Edelman
Dulijaza Clark
Edelman, Combs, Latturner & Goodwin, LLC 20 S.
Clark Street, Suite 1500
Chicago, IL 60603
jclark@edcombs.com
dedelman@edcombs.com
(312) 739-4200

*Attorneys for Plaintiff*

ARS NATIONAL SERVICES INC.

By: *s/ Todd Stelter     (with permission)*

David M. Schultz
Todd Stelter
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
312-704-3000
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

       I, Dulijaza Clark, certify that on September 15, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system which shall cause delivery and notification of such filing upon the attorneys of record

*/s/ Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER**
     **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email addresses for service:
courtecl@edcombs.com